UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:07CV98-J

ROBERT COX                                                                                              PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                              DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Robert Cox seeks Disability Insurance and Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report, including the following contentions: 1) the Commissioner failed to follow the required legal standards in the evaluation of the treating physician's opinion; 2) the administrative decision was based upon inadequate and insufficient vocational evidence; and 3) the ALJ failed to properly evaluate all medical opinions of record regarding Mr. Cox's mental impairments. Issues two and three was sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that along with the commentary contained herein, the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.